**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FELIX ALMANZAR.,** | |
| **Plaintiff,** | |
| **-against-** | **23-cv-09472 (ALC)** |
| **MCLANE COMPANY INC., MFS FLEET, INC., and MERVANS PETER DESAMEAU** | **ORDER** |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to file a Joint Status Report regarding any progress on settlement negotiations by  March 19, 2024.

**SO ORDERED.**

Dated:    March 5, 2024
          New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**