UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX ALMANZAR,

                Plaintiff,

-v-                            CIVIL ACTION NO. 23 Civ. 9472 (ALC) (SLC)

MCLANE COMPANY INC., et al.,                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' joint letter certifying the completion of fact discovery was due on April 7, 2025. (ECF No. 11 at 3). The parties have not filed the joint letter. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file their joint letter certifying the completion of fact discovery up to and including **April 10, 2025**.

Dated:     New York, New York
            April 8, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**