UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX ALMANZAR,<br><br>                    Plaintiff,<br><br>-against-<br><br>MCLANE COMPANY INC., et al.,<br><br>                    Defendants. | 1:23-cv-09472 (ALC) (SLC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

During today's conference, the Court granted Defendants leave to file their motion for summary judgment.    Unless the parties jointly submit an alternative,   Defendants' opening materials shall be due **August 28, 2025**. Plaintiff's opposition materials shall be due on **September 25, 2025**. Last, Defendants' reply will be due on **October 16, 2025**.

**SO ORDERED.**

Dated:   July 31, 2025
         New York, New York

_____
  **ANDREW L. CARTER, JR.**
  **United States District Judge**