**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FELIX ALMANZAR,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**MCLANE COMPANY INC., et al.,**<br><br>**Defendants.** | **1:23-cv-09472 (ALC) (SLC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:** **October 7, 2026**
**New York, New York**

Andrew L. Carter, Jr.

**ANDREW L. CARTER, JR.**
**United States District Judge**